27  477
126  104

### COLLINS and Others v. FRAISER and Others.

INJUNCTION.—JUDGMENT IN VIOLATION OF.—A judgment obtained in violation of an existing injunction is void, and proceedings to collect such a judgment may be enjoined.

SAME.—PRACTICE.—In a suit to enjoin the collection of such a judgment, a transcript of the judgment need not be filed with the complaint.

APPEAL from the *Tippecanoe* Common Pleas.

FRAZER, J.—The only question in this case is whether the complaint was good. It was to obtain a perpetual injunction to prevent proceedings to collect a judgment which it was shown had been obtained in violation of an existing injunction, still standing in full force, obtained by other parties. It is contended by the appellant that the remedy was by proceedings under the existing injunction for contempt in violating it. This proposition is not tenable. The judgment obtained in violation of the injunction is void.

*Farnsworth* v. *Fowler*, 1 Swan 1; *Turner* v. *Gatewood*, 8 B. Mon. 613; *Winn* v. *Albert*, 2 Md. Ch. Dec. 42. If the judgment be void, then proceedings to collect it may be enjoined. *Strong* v. *Daniel*, 5 Ind. 348; *Smith* v. *Chandler*, 13 Ind. 513.

This suit was not upon the judgment sought to be enjoined, and it was not necessary, therefore, to make a copy of that judgment a part of the complaint. The idea that a plaintiff must, or may, incumber his complaint with copies of every instrument necessary to be used by him in evidence, has no warrant in the code.

The judgment is affirmed, with costs.

*J. McCabe*, for appellants.

*J. A. Brown, A. A. Rice, T. A. Hendricks, O. B. Hord* and *A. W. Hendricks*, for appellees.